1  **THE URBAN LAW FIRM**
   MICHAEL A. URBAN, Nevada State Bar No. 3875
2  SETH T. FLOYD, Nevada State Bar No. 11959
   4270 South Decatur Blvd., Suite A-9
3  Las Vegas, Nevada 89103
   Telephone: (702) 968-8087
4  Facsimile: (702) 968-8088
   E-mail: murban@theurbanlawfirm.com; sfloyd@theurbanlawfirm.com
5  *Counsel for Plaintiffs*

6

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

9  THE BOARD OF TRUSTEES OF THE
   CONSTRUCTION INDUSTRY AND
10 LABORERS HEALTH AND WELFARE          CASE NO: 2:17-cv-1938-APG-VCF
   TRUST; THE BOARD OF TRUSTEES OF THE
11 CONSTRUCTION INDUSTRY AND
   LABORERS JOINT PENSION TRUST; THE     **CONFESSION AND STIPULATION**
12 BOARD OF TRUSTEES OF THE              **TO ENTRY OF JUDGMENT UNDER**
   CONSTRUCTION INDUSTRY AND             **29 U.S.C. § 1001 et seq. "ERISA"**
13 LABORERS VACATION TRUST; THE
   BOARD OF TRUSTEES OF SOUTHERN
14 NEVADA LABORERS LOCAL 872
   TRAINING TRUST,
15
                                         **JUDGMENT**
16              Plaintiffs,

17 vs.

18 SPECIALTY CONTRACTING CO. d/b/a
   DIVERSIFIED DEMOLITION CO.
19
                Defendant.
20

21      Specialty Contracting Co. d/b/a Diversified Demolition Co. ("Employer"), hereby stipulates

22 and consents to entry of judgment in favor of Plaintiffs, The Board of Trustees of the Construction

23 Industry and  Laborers Health and Welfare Trust; The Board of Trustees of the Construction

24 Industry and Laborers Joint Pension Trust; The Board of Trustees of the Construction Industry and

25 Laborers Vacation Trust; The Board of Trustees of Southern Nevada Laborers Local 872 Training

26 Trust (collectively "Trust Funds"), against Employer, in the total sum of $837,011.04 for delinquent

27 employee benefit contributions, liquidated damages, interest, and attorney's fees and costs.

28

The parties have stipulated, and therefore the Court finds:

1.     Employer is signatory to and bound by the terms of a collective bargaining agreement ("CBA") with the Laborers International Union of North America, Local 872 ("Union"), in which Employer agreed to abide by the trust agreements establishing the respective Trust Funds and any amendments thereto ("Trust Agreements").

2.     Under the CBA and the Trust Agreements, Employer is obligated to pay employee benefit contributions to the Trust Funds on behalf of Employer's bargaining unit employees represented by the Union.

3.     Based on remittance reports prepared and submitted by Employer for the months of February and March 2017, as well as for late reports and shortages for the months of September through December 2016, Employer owes the Trust Funds delinquent employee benefit contributions and resulting ancillary costs described in the next paragraph.

4.     Employer owes the Trust Funds a total of $837,011.04 in unpaid employee benefit contributions, past interest, liquidated damages, administrative fees and attorney's fees.

5.     A representative of the Employer, entered into a settlement agreement in which Employer agreed to be liable for payment of the Debt owed by Employer.

6.     This Stipulated/Consent Judgment is entered into by and between Employer and the Trust Funds for employee benefit contributions and related interest, liquidated damages, administrative fees and attorney's fees and costs owed to the Trust Funds by the Employer pursuant to the Employee Retirement Income Security Act of 1974.

///

///

///

///

The Urion Law Firm
4220 S Maryland Blvd., Suite 307
Las Vegas, Nevada 89119

7.    The Parties agree that any payment made to satisfy this Judgment will be provided for within a declaration signed by the Trust Funds' counsel and any after accruing fees or costs incurred by Trust Funds will be included in the entered judgment.

Dated: _____, 2017      THE URBAN LAW FIRM

By: _____
Michael A. Urban, Nevada State Bar No. 3875
Seth T. Floyd, Nevada State Bar No. 11959
4270 S. Decatur Blvd.; Suite A9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
*Counsel for Plaintiffs*

Dated: _____, 2017      SPECIALTY CONTRACTING CO. d/b/a
DIVERSIFIED DEMOLITION CO.

By: _____
Kenneth M. Mercuro
*President of Defendant*

## JUDGMENT

Judgment is hereby entered against Specialty Contracting Co. d/b/a Diversified Demolition Co. and in favor of the Trust Funds in the amount of $631,355.31.

Dated: July 24, 2017.

_____
UNITED STATES DISTRICT JUDGE