**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@theurbanlawfirm.com; nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>SPECIALTY CONTRACTING CO. d/b/a DIVERSIFIED DEMOLITION CO.<br><br>Defendant. | CASE NO: 2:17-cv-1938-APG-VCF<br><br>**AMENDED JUDGMENT UNDER 29 U.S.C. § 1001 et seq. "ERISA"** |

Amended Judgment is hereby entered against Specialty Contracting Co. d/b/a Diversified Demolition Co. and in favor of The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; The Board of Trustees of the Construction Industry and Laborers Joint Pension Trust; The Board of Trustees of the Construction Industry and Laborers Vacation Trust; and The Board of Trustees Southern Nevada Laborers Local 872 Training Trust in the amount of **$681,355.31**, plus post-judgment interest thereon until collected in full.

**IT IS SO ORDERED.**

10/16/2017

UNITED STATES DISTRICT JUDGE